UNITED STATES of America,
Plaintiff–Appellee,

v.

Samuel Clive PHILLIPS, a/k/a Jungle, a/k/a Culture, a/k/a David, Defendant–Appellant.

No. 06–8037.

United States Court of Appeals, Fourth Circuit.

Submitted: March 21, 2007.

Decided: April 9, 2007.

Samuel Clive Phillips, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Clive Phillips appeals the district court's order granting his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000), and denying his Fed. R.Civ.P. Rule 59(e) motion to alter or amend. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Phillips,* No. 2:93–cr00131 (E.D. Va. filed Sept. 13, 2006; entered Sept. 15, 2006 and filed Nov. 14, 2006; entered Nov. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*